**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Lisa Simon-Lewis<br><br>    Debtor(s) | Case No. 10 B 11445 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/16/2010.

2) The plan was confirmed on 08/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/16/2012.

5) The case was Converted on 08/20/2012.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $44,260.82 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $44,260.82

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,961.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,961.90

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Checkmate LLC | Unsecured | 985.00 | 1,408.92 | 1,408.92 | 20.99 | 0.00 |
| Account Recovery Service | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Alverno Clinical Labs | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| American Educational Services | Unsecured | 21,650.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 1,088.11 | 1,088.11 | 16.20 | 0.00 |
| American InfoSource LP | Unsecured | NA | 230.55 | 230.55 | 3.43 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 5,100.00 | 3,118.20 | 3,118.20 | 46.44 | 0.00 |
| Anson Street LLC | Secured | 77,500.00 | 69,012.00 | 0.00 | 15,457.00 | 0.00 |
| Anson Street LLC | Secured | 77,500.00 | 5,318.80 | 6,409.40 | 6,409.40 | 0.00 |
| Asset Management Out | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Bill Me Later | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 1,200.00 | 1,456.00 | 1,456.00 | 21.68 | 0.00 |
| Candica LLC | Unsecured | 1,395.00 | 1,410.15 | 1,410.15 | 21.00 | 0.00 |
| Capital Management | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 2,667.00 | 2,713.04 | 2,713.04 | 40.41 | 0.00 |
| CB USA | Unsecured | NA | 15.40 | 15.40 | 0.23 | 0.00 |
| Chase Bank USA NA | Unsecured | 1,645.00 | 1,644.21 | 1,644.21 | 24.48 | 0.00 |
| Chase Student Loan Servicing LLC | Unsecured | 4,960.00 | NA | NA | 0.00 | 0.00 |
| CitiMortgage Inc | Secured | 320,000.00 | 332,072.59 | 0.00 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 200.00 | 200.00 | 2.98 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 2,750.00 | 2,722.27 | 2,722.27 | 40.67 | 0.00 |
| Dermatology Associates | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Direct Loan Servicer | Unsecured | 6,320.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 15,000.00 | 14,937.52 | 14,937.52 | 222.46 | 0.00 |
| ECast Settlement Corp | Unsecured | 960.00 | 960.23 | 960.23 | 14.30 | 0.00 |
| Enhanced Recovery | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| First Savings Credit Card | Unsecured | 1,535.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Forster & Garbus | Unsecured | 1,381.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 875.00 | 817.12 | 817.12 | 12.16 | 0.00 |
| Hc Processing Center | Unsecured | 3,425.00 | 3,423.84 | 3,423.84 | 50.99 | 0.00 |
| LTD Financial Services | Unsecured | 1,345.00 | NA | NA | 0.00 | 0.00 |
| Metablaze | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Monee Fire Protection District | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| National Capital Management | Unsecured | 650.00 | 774.67 | 774.67 | 11.54 | 0.00 |
| National Collegiate Trust | Unsecured | 21,650.00 | 21,820.46 | 21,820.46 | 324.99 | 0.00 |
| National Enterprise System | Unsecured | 12,008.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Systems | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,044.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 2,576.00 | NA | NA | 0.00 | 0.00 |
| New York & Co | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Unsecured | 1,870.00 | 1,881.80 | 1,881.80 | 28.03 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,503.00 | 1,503.12 | 1,503.12 | 22.38 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 770.00 | 760.27 | 760.27 | 11.32 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 210.00 | 224.93 | 224.93 | 3.35 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,165.00 | 1,146.00 | 1,146.00 | 17.07 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 12,010.00 | 12,008.17 | 12,008.17 | 178.83 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 610.00 | 1,451.72 | 1,451.72 | 21.62 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 3,391.57 | 3,391.57 | 50.51 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,500.00 | 2,501.25 | 2,501.25 | 37.25 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 7,002.00 | NA | NA | 0.00 | 0.00 |
| Rogers & Hollands Jewelers | Secured | 1,955.00 | 500.00 | 500.00 | 500.00 | 0.00 |
| Sallie Mae | Unsecured | 7,000.00 | 7,041.01 | 7,041.01 | 104.86 | 0.00 |
| Sallie Mae | Unsecured | 11,285.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 49,000.00 | 86,816.24 | 86,816.24 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 29,000.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 29,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | 777.44 |
| SIR Finance Corporation | Unsecured | 1,600.00 | 1,132.00 | 1,132.00 | 16.85 | 0.00 |
| Southwest Women | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| SRA | Unsecured | 2,742.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 1,360.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| Thomas T Chung MD | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 5,720.00 | 12,375.08 | 12,375.08 | 184.30 | 0.00 |
| United States Dept Of Education | Unsecured | 3,765.00 | 5,795.89 | 5,795.89 | 86.32 | 0.00 |
| United States Dept Of Education | Unsecured | 3,000.00 | 3,775.38 | 3,775.38 | 56.23 | 0.00 |
| Universal Card Services | Unsecured | 3,430.00 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 16,000.00 | NA | NA | 0.00 | 0.00 |
| US Employees Credit Union | Secured | 44,250.00 | 36,000.00 | 36,000.00 | 461.21 | 0.00 |
| US Employees Credit Union | Unsecured | 44,250.00 | 10,048.39 | 10,048.39 | 0.00 | 0.00 |
| US Employees Credit Union | Unsecured | 15,800.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| Workforce Financial | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $15,457.00 | $0.00 |
| Mortgage Arrearage | $6,409.40 | $6,409.40 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $50,500.00 | $14,961.21 | $777.44 |
| **TOTAL SECURED:** | **$56,909.40** | **$36,827.61** | **$777.44** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$210,593.51** | **$1,693.87** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,961.90 |
| Disbursements to Creditors | $39,298.92 |
| **TOTAL DISBURSEMENTS** : | **$44,260.82** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/29/2012           By:/s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**